Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
rperkins@swlaw.com
alayton@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, | CASE NO. 3:16-cv-00374-RCJ-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL** |
| WELLS FARGO BANK, N.A.; DOES I-X; and ROE ENTITIES I-X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Lakeview Loan Servicing, LLC and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree as follows:

1. On March 30, 2017, pursuant to the Minute Order filed on March 23, 2017 [Doc. No. 30], the Parties filed a Stipulation Regarding Stipulation and Order for Dismissal [Doc. No. 31], which provided a deadline of April 21, 2017 in which to file the stipulation and order for dismissal of all claims.

2. On April 5, 2017, the Court approved the Stipulation Regarding Stipulation and Order for Dismissal [Doc. No. 32].

3. The Parties are working diligently to review and finalize a settlement agreement and related documents; however, Wells Fargo requires additional time to do so. Wells Fargo is in

- 1 -

1  the process or reviewing the settlement agreement and stipulation agreement, and seeking the
2  necessary approval as to the form and content and signatories to same.  However, this process is
3  taking longer than counsel anticipated.

4      4.    Therefore, the Parties stipulate and agree that the deadline to file the stipulation
5  and order for dismissal in this matter is extended to May 22, 2017.

6      5.    This request is made in good faith and not for purposes of delay.

| Dated:  April 18, 2017 | Dated:  April 18, 2017 |
|---|---|
| HUTCHISON & STEFFEN, LLC | SNELL & WILMER L.L.P. |
| By: */s/ Bradley G. Sims* <br> John T. Steffen, Esq. <br> Nevada Bar No. 4390 <br> Casey Nelson, Esq. <br> Nevada Bar No. 12259 <br> Bradley G. Sims, Esq. <br> Nevada Bar No. 11713 <br> 10080 W. Alta Drive, Suite 200 <br> Las Vegas, NV 89145 <br> *Attorneys for Plaintiff* <br> *Lakeview Loan Servicing, LLC* | By: */s/ Alexandria L. Layton* <br> Amy F. Sorenson, Esq. <br> Nevada Bar No. 12495 <br> Robin E. Perkins, Esq. <br> Nevada Bar No. 9891 <br> Alexandria L. Layton, Esq. <br> Nevada Bar No. 14228 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant* <br> *Wells Fargo Bank, N.A.* |

**ORDER**

IT IS ORDERED that the Parties shall file the stipulation and order for dismissal in this matter by May 22, 2017.

Dated this 18th day of April, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By:  /s/  Alexandria L. Layton
    Amy F. Sorenson, Esq.
    Robin E. Perkins, Esq.
    Alexandria L. Layton, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant*
    *Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL (FIRST REQUEST)** by the method indicated:

|            |                          |
|------------|--------------------------|
|            | U.S. Mail                |
|            | U.S. Certified Mail      |
|            | Electronic Mail (E-mail) |
|            | Overnight Mail           |
|            | Federal Express          |
|            | Hand Delivery            |
|     X      | Electronic Filing        |

and addressed to the following:

John T. Steffen, Esq.
Casey Nelson, Esq.
Bradley G. Sims, Esq.
Hutchison & Steffen, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
cnelson@hutchlegal.com
soxborrow@hutchlegal.com
bsims@hutchlegal.com
*Attorneys for Plaintiff*
*Lakeview Loan Servicing, LLC*

DATED:  April 18, 2017.

           */s/  Patricia Larsen*
           An Employee of Snell & Wilmer L.L.P.

4813-1277-0119

- 4 -